to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04M78.   ROBINSON *v.* CAMPBELL, ACTING WARDEN;

No. 04M80.   PENBARA *v.* DOVER TOWNSHIP, NEW JERSEY, ET AL.;

No. 05M2.   GIBSON *v.* UNITED STATES;

No. 05M3.   VALKOUN *v.* JONES, WARDEN;

No. 05M4.   JOHNSON *v.* DISTRICT OF COLUMBIA ET AL.;

No. 05M5.   WILLIAMS *v.* FARCAS, WARDEN, ET AL.;

No. 05M6.   BRITTON *v.* UNITED STATES ET AL.;

No. 05M7.   CALDWELL *v.* EL CORTEZ HOTEL & CASINO ET AL.;

No. 05M9.   JACKSON *v.* LEHRER MCGOVERN BOVIS, INC.;

No. 05M10.   WEBBER *v.* CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS;

No. 05M11.   DIAZ *v.* JUDGE ADVOCATE GENERAL OF THE NAVY;

No. 05M12.   NEW YORK CITY DEPARTMENT OF EDUCATION *v.* M. S., ON BEHALF OF HER MINOR CHILD I. O., ET AL.; and

No. 05M15.   TURNER-EL *v.* MAYO ET AL.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04M79.   TERESA T. ET AL. *v.* RAGAGLIA ET AL.   Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioners granted.

No. 05M1.   GREEN *v.* TEXAS;

No. 05M13.   REID *v.* TENNESSEE; and

No. 05M14.   MUNDO *v.* COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS.   Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners denied.

No. 05M8.   IN RE GRAND JURY PROCEEDINGS.   Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 65, Orig.   TEXAS *v.* NEW MEXICO.   Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $4,750.22 for the period April 1 through June 30, 2005, to be paid equally by the parties.   [For earlier order herein, see, *e. g.*, 544 U. S. 1059.]